United States District Court
For the Northern District of California

**\*E-FILED 11/16/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, | No. C 05-04121 RS |
| Plaintiff(s), | |
| v. | ORDER VACATING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING SCHEDULE FOR CASE ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. 12181-89) |
| PAMELA S. KELLEY, | |
| Defendant(s). | |

The Order Setting Initial Case Management Conference filed on October 24, 2005 is hereby vacated.

When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the pertinent standing orders of the assigned judge. This case is otherwise exempt from Civil Local Rule 4-2.

Counsel must comply with the case schedule listed below unless the court otherwise orders.

<u>11/21/05</u>

Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline.

<u>7 days before Joint Site Inspection</u>

Last day for parties to complete initial disclosures, including defendant disclosure re:  construction or alteration history of subject premises.

<u>01/20/06</u>

Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement.

<u>10 business days after Joint Site Inspection</u>

Last day for parties to meet and confer in person to discuss settlement.

<u>45 days after Joint Site Inspection</u>

Last day for plaintiff to file "Notice of Need for Mediation."

<u>7 calendar days after mediation</u>

Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference.

**IT IS SO ORDERED.**

DATED:       November 16, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge