*E-FILED*
**February 1, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA,<br><br>        Plaintiff,<br>  v.<br><br>PAMELA SUE KELLEY, et al.,<br><br>        Defendants.              / | No. C 05-04121 RS<br><br>**ORDER RE: SETTLEMENT;<br>STAND-BY ORDER TO SHOW<br>CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly the court vacates all hearing dates. The parties are required to file a stipulation of dismissal by **March 15, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 22, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: February 1, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Catherine Mary Corfee, Esq.
Email: legalassistant@corfeestone.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Thomas N. Stewart III, Esq.
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517

Dated: February 1, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg