THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

*E-FILED 2/15/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK FUTIA,                                                Case No.  C 5-4121 RS

      Plaintiff,                                         STIPULATION OF DISMISSAL; ORDER

v.

PAMELA SUE KELLEY,
RANDY ALAN KELLEY,

      Defendants.
_____/

      The parties hereto stipulate as follows:

      The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

      Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for one year(s) from the

Dismissal                                                1

date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Date:  February 14, 2006                                   Date:  February 15, 2006


_S/Catherine M. Corfee_____                         _s\Thomas N. Stewart, III___
Corfee Stone & Associates                                Attorney for Plaintiff
Attorney for Defendants
5441 Fair Oaks Blvd., Suite B-1
Sacramento, CA 95608

IT IS SO ORDERED:


Date:  2/15/06                                    _____
                                                                      Judge

Dismissal                                                            2